UNITED STATES DISTRICT COURT
CONNECITCUT

NANCY A. RUSSO

    Plaintiff,

V.                                        CIVIL ACTION NO
                                                3:14-CV-1904-SRU

SHIMKUS, MURPHY AND ROSENBERGER, P.C.

Defendant.                                       February 5, 2015

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                        THE PLAINTIFF

                                                        BY<u>/S/Bernard T. Kennedy</u>
                                                          Bernard T. Kennedy, Esquire
                                                          The Kennedy Law Firm
                                                          1204 Main Street, #176
                                                          Branford, CT 06405
                                                          (203) 481-4040
                                                          (443) 440-6372
                                                          Bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 2/5/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy